1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOFIA DAVILA; RUBI PASTORA,
JEANETTE ECHEVERRIA;
GUILLERMO DAVILA; MAYRA
SANDOVAL; EDWIN JAVIER
DAVILA; JUAN DAVILA; and
MAYLIN DAVILA,

                               NO. CIV. S-06-2691 LKK/EFB

        Plaintiffs,

     v.

COUNTY OF SAN JOAQUIN;               O R D E R
CITY OF TRACY; and DOES
1 through 50,

        Defendants.
_____/

     Pending before the court is plaintiffs' ex parte application
to amend the scheduling order, to extend both the time to complete
discovery and the time to bring a discovery motion. The scheduling
order is only amendable upon a showing of good cause. Johnson v.
Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992). The "good
cause" standard primarily considers the diligence of the party
seeking the amendment. See, e.g., Harrison Beverage Co. v. Dribeck
Importers, Inc., 133 F.R.D. 463, 469 (D.N.J. 1990); Amcast Indus.

1

1  Corp. v. Detrex Corp., 132 F.R.D. 213, 217 (N.D. Ind. 1990); 6A

2  WRIGHT, MILLER & KANE, FEDERAL PRACTICE AND PROCEDURE § 1522.1 at 231 (2d

3  ed. 1990) ("good cause" means scheduling deadlines cannot be met

4  despite party's diligence).

5      Here, the plaintiffs have not shown good cause to amend the

6  scheduling order. It appears from the papers and from the

7  telephonic conference held on June 9, 2008 that plaintiffs were

8  made aware in mid-April that they may need to file a motion to

9  compel and to shorten time or amend the scheduling order. Their

10 delay until early June to bring the instant motion does not

11 demonstrate the diligence necessary to merit amendment of the

12 scheduling order.

13      Plaintiffs' ex parte application to amend the scheduling order

14 (docket no. 53) is DENIED.

15      IT IS SO ORDERED.

16      DATED:  June 11, 2008.

17

18

19                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
20                          UNITED STATES DISTRICT COURT

21

22

23

24

25

26

                                  2