Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF SAN JOAQUIN, ANDY CORONADO,
BRIAN FRANKS, MICHAEL RAPOZA, MICHAEL McCANN,
LUPE GARCIA, THOMAS KENDRICK, TINA TORRES,
JULIE ANEMA, RONALD ZALUNARDO, RON COPLIN,
AND MAGDA CERNA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| SOFIA DAVILA; RUBI PASTORA, JEANETTE ECHEVERRIA; GUILLERMO DAVILA; MAYRA SANDOVAL; EDWIN JAVIER DAVILA; JUAN DAVILA; and MAYLIN DAVILA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; CITY OF TRACY; and DOES 1 through 50,<br><br>Defendant. | Case No.:  2:06-CV-02691-LKK-EFB<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS TINA TORRES, MAGNA CERNA, MICHAEL RAPOZA AND MICHAEL MCCANN** |

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that individual Defendants TINA TORRES, MAGNA CERNA, MICHAEL RAPOZA, and MICHAEL MCCANN shall be, and hereby are, dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), for a waiver of costs and attorneys' fees by said individual Defendants.

Dated: June 16, 2008         WALKER, HAMILTON & WHITE


By:   /s/
      Wilda L. White
      Attorneys For Plaintiffs

/
/

1

*Davila, et al. v. San Joaquin, et al./Case No. 2:06-CV-02691-LKK-EFB*
Stipulation Of Dismissal Of Defendants Tina Torres, Magna Cerna, Michael Rapoza And Michael McCann

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: June 17, 2008 | HAAPALA, THOMPSON & ABERN, LLP |

By: /s/ Rebecca S. Widen
Rebecca S. Widen
Attorneys For Defendants
TINA TORRES, MAGNA CERNA,
MICHAEL RAPOZA, and MICHAEL MCCANN

Dated: June 12, 2008   PORTER SCOTT

By: /s/
John Whitefleet
Attorneys For Defendants
CITY OF TRACY, OFFICER S. FLORES,
and OFFICER J. HARRIES

## ORDER

The Court having considered the parties' stipulation for dismissal of defendants TINA TORRES, MAGNA CERNA, MICHAEL RAPOZA and MICHAEL McCANN, said individual defendants are hereby ordered dismissed with prejudice.

Dated: June 19, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Davila, et al. v. San Joaquin, et al./Case No. 2:06-CV-02691-LKK-EFB*
Stipulation Of Dismissal Of Defendants Tina Torres, Magna Cerna, Michael Rapoza And Michael McCann

2

PDF created with pdfFactory trial version www.pdffactory.com

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570