Walter H. Walker, III (State Bar No. 63117)
Wilda L. White (State Bar No. 122144)
Walker, Hamilton & White
50 Francisco Street, Suite 460
San Francisco, CA 94133
Telephone: (415) 986-3339
Facsimile:  (415) 986-1618

Boris E. Efron, Esq. (SB #79993)
Law Offices of Boris E. Efron
130 Portola Drive
Portola Valley, CA 94208
Telephone: (650) 851-8880
Facsimile: (650) 851-3001

Attorneys for Plaintiffs

United States District Court

Eastern District of California - Sacramento

| | |
|---|---|
| Sofia Dávila; Rubi Pastora; Jeanette Echeverria; Guillermo Dávila; Mayra Sándoval; Edwin Javier Dávila,; Juan Dávila; and Maylin Dávila,<br><br>　　Plaintiffs,<br><br>v.<br><br>County of San Joaquin; City of Tracy; S. Flores; J. Harries; and Does Three through 50,<br><br>　　Defendants.<br>_____/ | Case No. 2:06-CV-02691-LKK-EFB<br><br>Order to Continue Summary Judgment Motion Hearing<br><br>Date:　　　July 25, 2008<br>Time:　　　10:00 a.m.<br>Courtroom:　4 |

　　Plaintiffs' counsel Wilda L. White has been ordered to appear for jury duty during the week of July 21, 2008.  Good cause appearing therefore, it is ordered that the hearing on defendants' motion for summary judgment be continued to August 11, 2008 at 10:00 a.m.

　　The original briefing schedule remains in place.

Dated: July 10, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
[PROPOSED] Order to Continue Motion for Summary Judgment Hearing