Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8570

Attorneys for Defendants
COUNTY OF SAN JOAQUIN, ANDY CORONADO,
BRIAN FRANKS, LUPE GARCIA, THOMAS KENDRICK,
JULIE ANEMA, RONALD ZALUNARDO,
and RON COPLIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| SOFIA DAVILA; RUBI PASTORA, JEANETTE ECHEVERRIA; GUILLERMO DAVILA; MAYRA SANDOVAL; EDWIN JAVIER DAVILA; JUAN DAVILA; and MAYLIN DAVILA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; CITY OF TRACY; and DOES 1 through 50,<br><br>Defendant. | Case No.:  2:06-CV-02691-LKK-EFB<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS ANDY CORONADO, LUPE GARCIA, JULIE ANEMA, RON COPLIN, RONALD ZALUNARDO AND BRIAN FRANKS** |

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that individual defendants ANDY CORONADO, LUPE GARCIA, JULIE ANEMA, RON COPLIN, RONALD ZALUNARDO and BRIAN FRANKS shall be, and hereby are, dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), for a waiver of costs and attorneys' fees by said individual defendants.

Dated: July 25, 2008                WALKER, HAMILTON & WHITE


By:   /s/ Wilda L. White
        Wilda L. White
        Attorneys For Plaintiffs
        *Ms. White provided her consent that
        this Stipulation be filed.

1

*Davila, et al. v. San Joaquin, et al./Case No. 2:06-CV-02691-LKK-EFB*
Stipulation For Dismissal Of Defendants Andy Coronado, Lupe Garcia, Julie Anema,
Ron Coplin, Ronald Zalunardo and Brian Franks

Dated: July 25, 2008                HAAPALA, THOMPSON & ABERN, LLP


By: /s/ Rebecca S. Widen
Rebecca S. Widen
Attorneys For Defendants
COUNTY OF SAN JOAQUIN, ANDY CORONADO, BRIAN FRANKS, LUPE GARCIA, THOMAS KENDRICK, JULIE ANEMA, RONALD ZALUNARDO, and RON COPLIN

Dated: July 25, 2008                PORTER SCOTT

By: /s/ John Whitefleet
John Whitefleet
Attorneys For Defendants
CITY OF TRACY, OFFICER S. FLORES, and OFFICER J. HARRIES
*Mr. Whitefleet provided his consent that this Stipulation be filed.

**ORDER**

The Court having considered the parties' stipulation for dismissal of defendants ANDY CORONADO, LUPE GARCIA, JULIE ANEMA, RON COPLIN, RONALD ZALUNARDO and BRIAN FRANKS, said individual defendants are hereby ordered dismissed with prejudice.

Dated: July 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

*Davila, et al. v. San Joaquin, et al./Case No. 2:06-CV-02691-LKK-EFB*
Stipulation For Dismissal Of Defendants Andy Coronado, Lupe Garcia, Julie Anema, Ron Coplin, Ronald Zalunardo and Brian Franks