**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR: Defendants CITY OF TRACY, OFFICER S. FLORES and OFFICER J. HARRIES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA DAVILA; RUBI PASTORE, JEANETTE ECHEVERRIA; GUILLERMO DAVILA; MAYRA SANDOVAL; EDWIN JAVIER DAVILA; JUAN DAVILA; and MAYLIN DAVILA<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, et al,<br><br>Defendants. | Case No. 06-2691 LKK EFB<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE IN FAVOR OF DEFENDANTS CITY OF TRACY, OFFICER FLORES and HARRIES**<br><br>Date: October 6, 2008<br>Time: 10:00 a.m.<br>Ctrm: 4, 15th Floor |

**IT IS ORDERED** that Judgment of Dismissal with prejudice is hereby entered in favor of Defendants CITY OF TRACY, OFFICER S. FLORES and OFFICER J. HARRIES.


Dated: _____

_____
Lawrence K. Karlton
UNITED STATES JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

00612864.WPD      [PROPOSED] JUDGMENT