Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF SAN JOAQUIN and THOMAS KENDRICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| SOFIA DAVILA; RUBI PASTORA, JEANETTE ECHEVERRIA; GUILLERMO DAVILA; MAYRA SANDOVAL; EDWIN JAVIER DAVILA; JUAN DAVILA; and MAYLIN DAVILA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF SAN JOAQUIN; CITY OF TRACY; and DOES 1 through 50,<br><br>　　　　　Defendant. | Case No.:  2:06-CV-02691-LKK-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTY OF SAN JOAQUIN AND THOMAS KENDRICK** |

IT IS HEREBY STIPULATED by and between Plaintiffs SOFIA DAVILA; RUBI PASTORA, JEANETTE ECHEVERRIA; GUILLERMO DAVILA; MAYRA SANDOVAL; EDWIN JAVIER DAVILA; JUAN DAVILA; and MAYLIN DAVILA, and defendant THOMAS KENDRICK, by and through their counsel, that defendant THOMAS KENDRICK is voluntarily dismissed with prejudice pursuant to FRCP 41(a)(1), for the parties' mutual waiver of costs and attorneys' fees.

IT IS FURTHER STIPULATED by and between Plaintiffs and Defendant COUNTY OF SAN JOAQUIN, through their designated counsel, that defendant COUNTY OF SAN JOAQUIN is dismissed with prejudice pursuant to FRCP 41 (a)(2).

/

/

1

*Davila, et al. v. San Joaquin, et al./Case No. 2:06-CV-02691-LKK-EFB*
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants
County Of San Joaquin And Thomas Kendrick

PDF created with pdfFactory trial version www.pdffactory.com

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

1 | The parties shall be responsible for their own court costs and attorneys' fees.

2 | Dated: December 17, 2009

WALKER, HAMILTON & KOENIG

By: \*/s/ Walter H. Walker, III
Walter H. Walker, III
Attorneys for Plaintiffs
\*Mr. Walker provided his verbal consent that this document be electronically filed

Dated: December 17, 2009

HAAPALA, THOMPSON & ABERN, LLP

By: /s/ Rebecca S. Widen
Rebecca S. Widen
Attorneys For Defendants
COUNTY OF SAN JOAQUIN and
THOMAS KENDRICK

**ORDER**

The Court having considered the Stipulation of the parties, defendants THOMAS KENDRICK and COUNTY OF SAN JOAQUIN are hereby dismissed with prejudice.

Dated: December 23, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

*Davila, et al. v. San Joaquin, et al./Case No. 2:06-CV-02691-LKK-EFB*
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants County Of San Joaquin And Thomas Kendrick

PDF created with pdfFactory trial version www.pdffactory.com