UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOFIA DAVILA; RUBI PASTORA,
JEANETTE ECHEVERRIA;
GUILLERMO DAVILA; MAYRA
SANDOVAL; EDWIN JAVIER
DAVILA; JUAN DAVILA; and
MAYLIN DAVILA,

        NO. CIV. S-06-2691 LKK/EFB

    Plaintiffs,

  v.

COUNTY OF SAN JOAQUIN;        O R D E R
CITY OF TRACY; and DOES
1 through 50,

    Defendants.
_____/

    On December 18, 2008, plaintiffs filed a notice of substitution of counsel. Only Clarissa E. Kearns, proposed counsel for plaintiffs, signed the notice.

    Pursuant to Local Rule 182(g),

> An attorney who has appeared in an action may substitute another attorney and thereby withdraw from the action by submitting a substitution of attorneys that shall set forth the full name and address of the new individual attorney and shall be signed by the withdrawing attorney, the new attorney, and the client. All substitutions of attorneys shall require the approval of

1

1  the Court, and the words **"IT IS SO ORDERED"** with spaces
2  designated for the date and signature of the Judge affixed at the end of each substitution of attorneys.
3  Plaintiffs and withdrawing counsel did not sign the notice of
4  substitution.[1] For the foregoing reasons, plaintiffs'
5  substitution of counsel is DENIED.
6      IT IS SO ORDERED.
7      DATED:  January 5, 2010.

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

---

[1] The substitution also neglected to include the words "IT IS SO ORDERED" and spaces designated for the date and signature of the Judge.

2