**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

ATTORNEYS FOR: Defendants CITY OF TRACY, OFFICER S. FLORES and OFFICER J. HARRIES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA DAVILA; RUBI PASTORE, JEANETTE ECHEVERRIA; GUILLERMO DAVILA; MAYRA SANDOVAL; EDWIN JAVIER DAVILA; JUAN DAVILA; and MAYLIN DAVILA<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; CITY OF TRACY; OFFICER S. FLORES and OFFICER J. HARRIES; and DOES 1 through 50,<br><br>Defendants.<br>_____/ | Case No. 06-2691 LKK EFB<br><br>**ORDER ENTERING JUDGMENT** |

In accordance with the Order dated August 20, 2008, granting Defendants CITY OF TRACY, OFFICER S. FLORES and OFFICER J. HARRIES' Motion for Summary Judgment/Adjudication (Docket Entry No. 119), Judgment in favor of Defendants CITY OF TRACY, OFFICER S. FLORES and OFFICER J. HARRIES is hereby entered.

IT IS SO ORDERED.

Date: January 14, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

00750868.WPD                               [PROPOSED] ORDER