UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOFIA DAVILA; RUBI PASTORA, JEANETTE ECHEVERRIA; GUILLERMO DAVILA; MAYRA SANDOVAL; EDWIN JAVIER DAVILA; JUAN DAVILA; and MAYLIN DAVILA,

       Plaintiffs,

   v.

COUNTY OF SAN JOAQUIN; CITY OF TRACY; and DOES 1 through 50,

       Defendants.
_____/

NO. CIV. S-06-2691 LKK/EFB

O R D E R

    Presently before the court is defendants City of Tracy, Officer Flores, and Officer Harries' ("defendants") bill of costs. Plaintiffs have filed objections to the bill of costs challenging a portion of the costs sought. Plaintiffs have not, however, presented any information concerning their ability to pay the costs. See Stanley v. University of Southern California, 178 F.3d 1069, 1079-81 (9th Cir. 1999).

////

1

1   For the foregoing reasons the court orders as follows:
2   (1)  Plaintiffs shall file declarations describing their
3        ability to pay the costs sought by defendants within
4        fourteen (14) days of the issuance of this order.
5   (2)  Defendants may file a response to the declarations
6        within seven (7) days of the issuance of this order.
7   IT IS SO ORDERED.
8   DATED: August 24, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT